BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-cv-00770-JAM-KJM |
| Plaintiff, | APPLICATION TO EXTEND TIME TO FILE JOINT STATUS REPORT AND ORDER |
| v. | |
| REAL PROPERTY LOCATED AT 5796 ZENIA LAKE MOUNTAIN ROAD, KETTENPOM, CALIFORNIA, TRINITY COUNTY, APN: 022-080-3800, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | DATE: N/A TIME: N/A COURTROOM: N/A |
| Defendant. | |

Plaintiff United States of America requests an additional 30 days to file a status report as required by this Court's April 1, 2010, Order Requiring Joint Status Report ("Order"). Plaintiff makes this request for the following reasons:

1. Plaintiff served Todd Hudy, the owner of the defendant property, with the Verified Complaint for Forfeiture In Rem and related court documents by certified mail on April 7, 2010.

2. In accordance with Paragraph 4 of the Order the Joint Status Report is due on June 7, 2010.

3. On April 26, 2010, undersigned counsel received a telephone call from attorney Quin Denvir. Mr. Denvir stated he was going to be representing Mr. Hudy in this action. He also requested that he be given an extension of time to June 10, 2010, to file a claim on Mr. Hudy's behalf because he (Denvir) was going to be out of the country for three weeks. I granted his request and thus no claim has yet been filed for Mr. Hudy, nor has an Answer been filed.

4. Accordingly, plaintiff requests that the time for filing the Joint Status report be extended to July 6, 2010, so that both parties can contribute to the report.

Dated: June 4, 2010             BENJAMIN B. WAGNER
                                United States Attorney

                          By:   /s/
                                KRISTIN S. DOOR
                                Assistant U.S. Attorney

**ORDER**

Good cause having been shown, the time for filing a Joint Status Report is extended to July 6, 2010.
IT IS SO ORDERED.

Dated: June 7, 2010
                                /s/ John A. Mendez
                                JOHN A. MENDEZ
                                UNITED STATES DISTRICT JUDGE