1  BENJAMIN B. WAGNER
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   2:10-cv-00770-JAM-KJM
                                    )
12           Plaintiff,             )   STIPULATION TO STAY
                                    )   FURTHER PROCEEDINGS
13      v.                          )   AND ORDER
                                    )
14 REAL PROPERTY LOCATED AT 5796    )
   ZENIA LAKE MOUNTAIN ROAD,        )   DATE: N/A
15 KETTENPOM, CALIFORNIA, TRINITY   )   TIME: N/A
   COUNTY, APN: 022-080-3800,       )   COURTROOM: N/A
16 INCLUDING ALL APPURTENANCES      )
   AND IMPROVEMENTS THERETO,        )
17                                  )
             Defendant.             )
18 _____ )

19      Plaintiff United States of America, and Claimant Todd Hudy,

20 "claimant"), by and through their respective counsel, hereby

21 stipulate that a stay is necessary in the above-entitled actions,

22 and request that the Court enter an order staying all further

23 proceedings until January 6, 2011, because criminal charges are

24 pending against claimant in Trinity County.  Those charges

25 (possession of marijuana for sale, cultivation of marijuana, and

26 an enhancement for a firearm) arise out of the same conduct that

27 led to the filing of the instant civil forfeiture action against

28 the defendant real property.

                              1

1.   The stay is requested pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2).  The plaintiff contends that claimant was growing marijuana on the defendant property.  Claimant denies these allegations.

2.   The Trinity County District Attorney filed drug charges against claimant and his brother, James, on April 23, 2010.  Claimant has not been arraigned on these charges, and no dates have been set.

3.   Plaintiff intends to depose claimant and his brother regarding their involvement in, or knowledge of, the cultivation of marijuana on the defendant property.  Plaintiff also intends to question claimant about the defenses he raised in his Answer to the Complaint for Forfeiture In Rem.  If discovery proceeds at this time, claimant will be placed in the difficult position of either invoking his Fifth Amendment rights against self-incrimination and losing the ability to pursue his claim to the defendant property, or waiving his Fifth Amendment rights and submitting to a deposition and potentially incriminating himself. If he invokes his Fifth Amendment rights, the plaintiff will be deprived of the ability to explore the factual basis for the claim he filed with this court and the affirmative defenses in his Answer.

4.   In addition, claimant intends to depose, among others, the state and federal agents involved with this investigation and the execution of a state search warrant at the defendant property.  Allowing depositions of the law enforcement officers at this time would adversely affect the ability of the Trinity County officials to prosecute the underlying criminal conduct.

STIPULATION TO STAY FURTHER
PROCEEDINGS AND ORDER [PROPOSED]

5.   The parties recognize that proceeding with these actions at this time has potential adverse effects on the investigation of the underlying criminal conduct and/or upon the claimant's ability to prove his claim to the property and to assert any defenses to forfeiture.  For these reasons, the parties jointly request that these matters be stayed until January 6, 2011.  At that time the parties will advise the court of the status of the Trinity County prosecution and will advise the court whether a further stay is necessary.


Dated: June 29, 2010            BENJAMIN B. WAGNER
                                United States Attorney


                          By    /s/ Kristin S. Door
                                KRISTIN S. DOOR
                                Assistant U.S. Attorney
                                Attorneys for Plaintiff
                                United States of America


Dated: June 29, 2010            ROTHSCHILD WISHEK & SANDS LLP


                          By    /s/ Kresta Nora Daly
                                (As authorized on 6/29/10)
                                KRESTA NORA DALY
                                Attorneys for claimant
                                Todd Hudy


                              **ORDER**

     For the reasons set forth above, these matters is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) until January 6, 2011.  On or before January 6, 2011, the parties will advise the
//
//

                                          STIPULATION TO STAY FURTHER
                                          PROCEEDINGS AND ORDER [PROPOSED]

1 | Court whether a further stay is necessary.

2 | IT IS SO ORDERED.

3 | Dated: June 30, 2010

/s/ John A. Mendez
4 | JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

STIPULATION TO STAY FURTHER
PROCEEDINGS AND ORDER [PROPOSED]